IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :     **Crim. No. 1:08-cr-073**
:
:
**v.**     :
:
:
**JORGE L. MILAN, JR.**     :     **Judge Sylvia H. Rambo**

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Jorge L. Milan's motion to correct sentence under 28 U.S.C. § 2255 is **DENIED**.

                                                   s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: March 28, 2017