IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:08-cr-073** |
| | : | |
| **v.** | : | |
| | : | |
| **JORGE L. MILAN, JR.** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

For the reasons set forth in the court's March 28, 2017 memorandum (Doc. 386), **IT IS HEREBY ORDERED** that any appeal taken from this matter would be deemed frivolous and not taken in good faith. As such, the court declines to issue a certificate of appealability.

                                                          s/Sylvia H. Rambo
                                                          SYLVIA H. RAMBO
                                                          United States District Judge

Dated: May 2, 2017